UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY HAAS,<br><br>　　　　Plaintiff,<br><br>VS.<br><br>COMPONENT MANUFACTURING COMPANY,<br><br>　　　　Defendant. | 4:22-cv-4127<br><br>**COMPLAINT**<br>(With Jury Trial Demanded) |

COMES NOW Gregory Haas, the Plaintiff named above, and for his Complaint against Defendant Component Manufacturing Company, states and alleges as follows:

## JURISDICTION AND VENUE

1) This an employment retaliation action arising under Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, codified at 42 U.S.C. § 2000e et seq.

2) This Court has jurisdiction over Plaintiff's employment retaliation claims pursuant to 28 U.S.C. §§ 1331 and 1343(a)(4).

3) Venue is proper in accordance with 28 U.S.C. § 1391(b).

4) Plaintiff timely filed a Charge of Discrimination with the EEOC and he received his Notice of Right to Sue from the Agency on or about June 17, 2022.

## THE PARTIES

5) Plaintiff Gregory Haas ("Haas") is an adult resident of Sioux Falls, South Dakota.

6) Component Manufacturing Company ("Component") is a family-owned South Dakota corporation located in Sioux Falls, South Dakota. Component manufactures trusses,

floor and wall systems for residential and commercial construction projects.

7) Component is an employer within the meaning of Title VII.

8) Component employs more than 100 employees.

9) At all times relevant, Component employed Haas until his termination on November 30, 2021.

10) Component has admitted that Haas is a member of a protected group.

## GENERAL ALLEGATIONS

11) Component hired Haas in 2006. Haas has primarily worked as a truss designer during his employment.

12) For the next 15 years, Haas performed his work duties in a manner that met his employer's expectations.

13) In 2018, Ben Specht became Haas' direct supervisor.

14) At his final yearly performance evaluation in September 21, 2021, Haas received a raise and 160 hours of paid time off because of his performance.

15) Component instructs its employees that "sex -based offensive conduct" includes "communication of a sexual or gender-biased nature when…[t]hat conduct or communication has he purpose or effect of substantially or unreasonably interfering with an individual's employment or creating an intimidating, hostile or offensive employment environment."

16) Component instructs its employees that "sexual harassment" includes but is not limited to "unwelcome verbal remarks, jokes or innuendos of a sexual nature or based upon gender."

17) Component instructs its employees that "[a]ny employee who has been the

2

victim of or who has witnessed employment-related discrimination, harassment or offensive conduct, or inappropriate actions, words, jokes or comments, by another employee… should promptly report the matter to their immediate supervisor.  If their immediate supervisor is unavailable or the employee believes it would be inappropriate to contact their immediate supervisor, the employee should immediately contact Human Resources."

18)  Component instructs its employees that "[a]ny complaint of harassment, discrimination or offensive conduct will be investigated in a thorough manner, after which timely and appropriate action will be taken."

19)  Component further instructs its employees that "[n]o retaliation in any form will be allowed against an employee who reports an incident of sexual harassment, harassment or threats of violence."

20)   In 2021, Haas repeatedly complained that a Component salesperson named Tyler Johnson was using sexually-oriented, harassing language in his communications with Haas.

21)  When Haas asked Johnson to cease his offensive comments, Johnson doubled down and increased his use of the word "fuck" and other vulgar words in his communications with Haas.

22)  Haas believed in good faith that Johnson's sexually offensive, harassing language was a violation of Component's sexual harassment policy.

23)  Haas complained to Specht about Johnson's vulgar and offensive language in compliance with Component's written policies and procedures about sex-based offensive conduct.

24)  On November 24, 2021, Haas was on a phone call with Tyler Johnson who

again directed "the f-word" at Haas during the call. Haas asked Johnson to cease the vulgar language and cursing, to which Johnson replied, "I didn't know you were so sensitive!" and hung up on Haas, preventing Haas from completing his work task. Haas reported Johnson's vulgar language and interference with Haas' ability to complete his work to Ben Specht.

25) Component did not investigate Haas' sexual harassment complaint.

26) Specht's only response to Haas' sexual harassment complaint was to tell Haas to try to limit his contact with Johnson even though this suggestion made Haas' job more difficult to complete.

27) On the morning of November 26, 2021, Haas emailed Specht to express that he was upset that Specht had not taken his report seriously. Haas wrote: "After letting yet another phone call with [Johnson] resulting in unnecessary verbal language, harassment and dis-respect seem to go un-noticed or remedied, I am requesting the next step I would need to take regarding a formal complaint through Human Resources and upper management/ ownership if required."

28) Haas received no response or follow up from Specht or anyone else in Component management.

29) Component did not investigate Haas' sexual harassment complaint.

30) On the morning of November 30, 2021, Haas resent a copy of his November 26, 2021 email to Specht, asking: "Is this being addressed? And what has happened or will be happening?"

31) Within an hour of sending the November 30, 2021 email, Haas received a phone call from Specht who told Haas that Haas was being "let go" by company ownership. Specht's termination call with Haas took less than two minutes.

32) Haas then called Component's Human Resources manager, Andy Brehm, to ask about what would happen to his family health and dental insurance and his remaining PTO. Brehm responded that he would have to call Haas back because Brehm did not know that Haas was being terminated.

33) When Haas filed for unemployment benefits with the State of South Dakota, Component misrepresented to the state agency that Haas was terminated for poor performance.

### COUNT I: VIOLATION OF TITLE VII
**(Retaliation Discrimination)**

47) Plaintiff incorporates the paragraphs above by reference.

48) Title VII, at 42 U.S.C. 2000e-3(a) provides in relevant part that it is an unlawful employment practice for an employer to discriminate against any employees, or to discriminate against any individual because he has opposed any practice made an unlawful employment practice by Title VII, or because he has made a charge, testified, assisted or participated in any manner in an investigation, proceeding or hearing governed by Title VII.

49) As described above, Plaintiff was terminated within four days after reporting continuing offensive language and harassment by a co-worker, and within hours after requesting that the matter be investigated and addressed.

50) Haas was terminated in retaliation for his opposition to and complaint about sexually harassing conduct in violation of 42 U.S.C. 2000e-3.

51) As a direct and proximate result of the Defendants' unlawful conduct, Plaintiff has suffered a loss of past and future income and employment-related benefits, mental anguish, emotional distress, personal injuries related to emotional distress, humiliation,

embarrassment, loss of reputation, and other damages in excess of $75,000.

52) Defendants' violations of Title VII were willful and intentional, and done with reckless or deliberate rights for Plaintiff's federally protected rights.

### REQUESTS FOR RELIEF

Plaintiff Greg Haas requests and prays for judgment against the above-named Defendant as follows:

1) For all damages allowable, including monetary damages sufficient to compensate Plaintiff for all special and general damages, as allowed by Title VII;

2) For all of Plaintiff's reasonable attorney fees, costs, disbursements, and expenses incurred in the pursuit of this matter as allowed by law;

3) For punitive damages if allowed by law;

4) For a trial by jury; and

5) For such other and further equitable relief as the Court may deem just and appropriate.

Dated this 14th day of September, 2022.

JOHNSON POCHOP & BARTLING
LAW OFFICE LLP

_____
Stephanie E. Pochop
Gavin D. Pochop
405 Main Street | PO Box 149
Gregory, SD 57533
(605) 835-8391
Stephanie@Rosebudlawyers.com
*Attorney for Plaintiff Gregory Haas*

6

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Gregory Haas

**(b)** County of Residence of First Listed Plaintiff: **Minnehaha County, SD**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stephanie E. Pochop | Johnson Pochop & Bartling
405 Main Street | PO Box 149 Gregory, SD 57533 (605) 835-8391

## DEFENDANTS
Component Manufacturing Company

County of Residence of First Listed Defendant: **Minnehaha County, SD**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC § 2000e et seq. (Title VIII of the Civil Rights Act of 1964, as amended) ***********
Brief description of cause:
Employment Discrimination and Retaliation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** $75,000+
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 9/14/2022
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____